UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GERMAIN CUTHBERT, on behalf of himself and all others similarly situated,

                        Plaintiff(s)

-against-

NEW SOLDIER'S RESTAURANT, INC. and
WITCLIFFE WILLIAMS, an individual,
CANDY WILLIAMS, an individual and
CRAIG WILLIAMS, an individual,

                        Defendant(s).
-------------------------------------------------------------------X

**SUPPLEMENTAL AFFIRMATION**

Docket No:
14-CV-5466 (BMC)(PW)

I, ROBERT P. VALLETTI, do hereby declare and affirm as follows:

1. I am an attorney at law, admitted to the bar of the State of New York. I represent the Plaintiff/Opt-in Plaintiff in this action ("Plaintiffs").

2. I submit this supplemental affirmation in further support of Plaintiffs' Motion seeking (1) attorneys' fees; and (2) costs and expenses pursuant to §216(b) of the FLSA and §663(1) of the New York State Labor Law

3. This supplemental affirmation is also submitted pursuant to the Order of the Court, Honorable Judge Brian M. Cogan, on March 19, 2015 which requires Plaintiffs to set forth the total hours worked by each attorney, multiplied by their hourly rate, showing the total amount of the fee attributable to that attorney for work performed on this matter.

## **ATTORNEY FEE ATTRIBUTION**

4. Attached hereto as Exhibit A is a worksheet generated by Valli Kane & Vagnini, LLP's time keeping program. This document breaks down the timekeeper, hours spent, and the total fees attributable to each time keeper.[1]

5. The table below represents the attorneys who worked on the case with their title in parenthesis, the hourly rate for that attorney and the total amount of the fee attributable to each according to the breakdown in Exhibit A.

| Attorney | Hourly Rate x Hours | Total Fee Attribution |
|---|---|---|
| Robert J. Valli, Jr. (Sr. P.) | $450 x 2.38 | $1,072.26 |
| James A. Vagnini (P.) | $425 x 6.01 | $2,549.99 |
| S. Tito Sinha (Sr. A.) | $375 x .80 | $280.00 |
| Robert P. Valletti (A.) | $300 x 110.90 | $33,251.96 |

WHEREFORE, the Plaintiffs respectfully requests that their motion for attorney's fees and costs be granted in its entirety, together with such other and further relief as the Court deems just and proper.

Dated:   March 19, 2015
         Garden City, NY

                                        /s/ Robert P. Valletti
                                        Robert P. Valletti

---

[1] Please note, the software used to generate this sheet automatically includes time marked as "No Charge" into the billable charges. Plaintiff still relies on the contemporaneous time records and the totals thereto for the proper amounts of attorneys' fees and costs.