# EXHIBIT A

| 3/19/2015 | Valli Kane & Vagnini | |
|---|---|---|
| 2:19 PM | Monthly Slip Totals | Page   1 |

### Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Clie.Selection | Include: Cuthbert, Germaine |
| Slip.Transaction Dat | 1/1/2014 - Latest |

| Timekeeper | 2014 | 2015 | Yearly Totals |
|---|---|---|---|
| Ana Martinez | | | |
| Hours | 0.32 | 1.17 | 1.49 |
| Fees | 47.50 | 175.00 | 222.50 |
| Costs | 0.00 | 0.00 | 0.00 |
| Hope Zapata | | | |
| Hours | 0.34 | 0.00 | 0.34 |
| Fees | 50.00 | 0.00 | 50.00 |
| Costs | 0.00 | 0.00 | 0.00 |
| James A. Vag | | | |
| Hours | 6.01 | 0.00 | 6.01 |
| Fees | 2549.99 | 0.00 | 2549.99 |
| Costs | 0.00 | 0.00 | 0.00 |
| Robert Valletti | | | |
| Hours | 82.24 | 28.66 | 110.90 |
| Fees | 24660.80 | 8591.16 | 33251.96 |
| Costs | 0.00 | 0.00 | 0.00 |
| Robert Valli | | | |
| Hours | 1.28 | 1.10 | 2.38 |
| Fees | 577.50 | 494.76 | 1072.26 |
| Costs | 0.00 | 0.00 | 0.00 |
| Tito Sinha | | | |
| Hours | 0.40 | 0.40 | 0.80 |
| Fees | 140.00 | 140.00 | 280.00 |
| Costs | 0.00 | 0.00 | 0.00 |
| Grand Total | | | |
| Hours | 90.59 | 31.33 | 121.92 |
| Fees | 28025.79 | 9400.92 | 37426.71 |
| Costs | 0.00 | 0.00 | 0.00 |

Case 1:14-cv-05466-BMC   Document 30-1   Filed 03/20/15   Page 2 of 2 PageID #: 303